# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145505

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 145505
COA: 308039
Wexford CC: 2010-009660-FH

TERRY DEAN ROSSELL, JR.,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

p1015